

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2014

No. 04-14-00535-CV

**IN RE TYSON FOODS, INC.** and Paul Dannaldson

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On July 29, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

Relators' Motion for Temporary Relief, also filed on July 29, 2014, is DENIED.

It is so **ORDERED** on July 31, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 12-10-27890-MCV, styled *Robert Lane v. Karen Dando; Gabriel Miranda, Raul Uribe; TSI Equipment, Inc.; Tyson Foods, Inc. and Paul Dannaldson, Defendants; and Juan Carranco, Intervenor*; pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia L. Muniz presiding.